1   PATRICK T. CONNOR, Bar No. 89136
    Email Address: pconnor@deconsel.com
2   MARGARET R. GIFFORD, Bar No. 118222          JS - 6
    Email Address: mgifford@deconsel.com
3   members of DeCARLO & CONNOR & SHANLEY,
    a Professional Corporation
4   533 S. Fremont Avenue, Ninth Floor
    Los Angeles, California  90071-1706
5   Telephone (213) 488-4100
    Telecopier (213) 488-4180
6

7   Attorneys for Plaintiffs, CARPENTERS
    SOUTHWEST ADMINISTRATIVE CORPORATION
8   and BOARD OF TRUSTEES FOR THE CARPENTERS
    SOUTHWEST TRUSTS
9

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12                  SOUTHERN DIVISION (SANTA ANA)

13

14  CARPENTERS SOUTHWEST            ) CASE NO.  SACV 08-1415
    ADMINISTRATIVE CORPORATION,     )            JVS(ANx)
15  a California non- profit corporation; and )
    BOARD OF TRUSTEES FOR THE       )
16  CARPENTERS SOUTHWEST            ) ORDER PURSUANT TO
    TRUSTS,                         ) STIPULATION TO DISMISS
17                                  ) ACTION WITHOUT PREJUDICE,
                 Plaintiffs,        ) SUBJECT TO REOPENING, IF
18  v.                              ) SETTLEMENT IS NOT
                                    ) CONSUMMATED
19  MARVIN GRAHAM CONTRACTOR,       )
    INC., a California corporation; )
20  MARVIN LEE GRAHAM, an           )
    individual; MICHELE ANNE        )
21  GRAHAM, an individual; BRYAN    ) Before The Honorable
    ROGER WIEDEMAN, an individual;  )      James V. Selna
22  and DOES 1 through 10, inclusive, )
                                    )
23  _____ )
                 Defendants.        )

24

25                          **O R D E R**

26       **GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this

27  matter be dismissed, without prejudice, as to defendants, MARVIN GRAHAM

28  CONTRACTOR, INC., a California corporation; MARVIN LEE GRAHAM, an

1  individual; MICHELE ANNE GRAHAM, an individual; BRYAN ROGER

2  WIEDEMAN, an individual, pursuant to settlement; that this court retain

3  jurisdiction over this action through and including June 30, 2011 to permit this

4  action to be reopened to enter judgment as to the balance owed, including interest

5  and reasonable attorney's fees and costs upon Ex Parte Application and upon good

6  cause shown, if settlement is not consummated.

7

8  Dated: April 8, 2009

9                                    THE HONORABLE JAMES V. SELNA
                                     UNITED STATES DISTRICT JUDGE

10

11  Presented by,

12  DeCARLO, CONNOR & SHANLEY,
    a Professional Corporation

13

14  By: /s/ Margaret R. Gifford    4/7/09
         MARGARET R. GIFFORD

15  Attorneys for Plaintiffs,
    CARPENTERS SOUTHWEST

16  ADMINISTRATIVE CORPORATION
    and BOARD OF TRUSTEES FOR THE CARPENTERS

17  SOUTHWEST TRUSTS

18

19

20

21

22

23

24

25

26

27

28