PATRICK T. CONNOR, Bar No. 89136
Email: pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
Email: mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ) <br><br> Plaintiffs, <br><br> v. <br><br> MARVIN GRAHAM CONTRACTOR, INC., a California corporation; MARVIN LEE GRAHAM, an individual; MICHELE ANNE GRAHAM, an individual; BRYAN ROGER WIEDEMAN, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. SACV 08-1415 JVS(ANx) <br><br><br> JUDGMENT |

Having considered the papers and arguments submitted, and good cause

appearing;

IT IS HEREBY ORDERED that this matter be restored to this court's active

calendar and that judgment be entered as follows:

////

1        Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE

2  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

3  SOUTHWEST TRUSTS shall be awarded a judgment against MARVIN

4  GRAHAM CONTRACTOR, INC., a California corporation, MARVIN LEE

5  GRAHAM, an individual, MICHELE ANNE GRAHAM, an individual and

6  BRYAN ROGER WIEDEMAN, an individual, in the amount of $87,734.85 and

7  attorney's fees in the amount of $5,109.39, for a total of $92,844.24.

8

9  DATE:  August 23, 2010

10                               THE HONORABLE JAMES V. SELNA
                                  UNITED STATE DISTRICT JUDGE

11

12

13  Presented by,

14  DeCARLO, CONNOR & SHANLEY
     A Professional Corporation

15

16

17  By:  /s/ Margaret R. Gifford    8/20/10
          MARGARET R. GIFFORD

18         Attorney for Plaintiffs, Carpenters
         Southwest Administrative Corporation

19         and Board of Trustees

20

21

22

23

24

25

26

27

28